

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00847-CV

**IN THE INTEREST OF B.A.E.**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00095
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to withdraw filed by appellant's attorney is GRANTED, and the trial court's order is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as an indigent under TEX. R. APP. P. 20.

SIGNED April 23, 2014.

Catherine Stone, Chief Justice